UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DESHAWN WELCH,

                          Petitioner,

  -against-                                    9:03-CV-01423
                                                      (LEK/VEB)

JOHN BURGE,

                          Respondent.

## **DECISION AND ORDER**

      This matter comes before the Court following a Report-Recommendation filed on May 24, 2007, by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 14).

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to Judge Bianchini's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

      Accordingly, it is hereby

      **ORDERED**, that the Report-Recommendation (Dkt. No. 14) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

      **ORDERED**, that Petitioner's Petition (Dkt. No. 1) for a writ of habeas corpus pursuant to

28 U.S.C. § 2254 is **DENIED** and **DISMISSED**; and it is further

    **ORDERED**, that the Clerk serve a copy of this Order on all parties.

    **IT IS SO ORDERED**.

DATED:    July 12, 2007
                Albany, New York

                                          Lawrence E. Kahn
                                          U.S. District Judge